**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 3, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00004-CV

## JASWINDER PAL SINGH, Appellant

## V.

## MARIA HERNANDEZ AND GABRIEL LARA DURAN, Appellees

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1145598**

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 9, 2021. On February 1, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.